HONORABLE SANDRA J. FEUERSTEIN, U.S.D.J  
UNITED STATES DISTRICT COURT  
FOR THE EASTERN DISTRICT OF NEW YORK

9/17/2014

MANTI'S TRANSPORTATION AND ALFRED MANTI,

           Plaintiff

v.

PATRICIA KENNER, CT LINES d/b/a CAMPUS COACH, GENERAL ELECTRIC AND CITICAPITAL

           Defendant

Case No. 13-6546 (SJF)

FILED  
IN CLERK'S OFFICE  
U S DISTRICT COURT E D N Y

★ SEP 18 2014 ★

LONG ISLAND OFFICE

State of New York  
County of Richmond

### MANTI AFFIDAVIT EXPLAINING WHY COURT PERMISSION SHOULD NOT BE REQUIRED TO FILE NEW ACTION, AND REQUEST FOR RECONSIDERATION.

1) I am writing this Affidavit to follow your instructions in your Order dated September 9, 2014, to "show cause why an order should not issue enjoining him from filing any new civil action or proceeding in this Court without first obtaining leave of this Court".

2) In addition I am asking you to treat this Affidavit as a Motion to Reconsider your decision, because I truly believe you made certain mistakes, which, if you now see the information, you will change your mind.

3) The most important thing, is that I think you missed the point by focusing on that Release as blocking all my actions. The whole point of this new action is to explain to you that I never received what I was supposed to get for that Release, and that my

recent receipt of an original title from GE, which has been hidden from both Judge Block and from you, since 1999, by GE's attorneys, proves both that I was defrauded by Associates, Citicapital, and GECC, and that their attorneys participated in the fraud, and have made a mockery of your Court.

4) In particular, I was supposed to receive financing, and titles for the two buses I bought on November 18,1999 and 16 more, in exchange for signing the release. GE has now "accidentally" given me one of the titles and Oklahoma lien papers on it for one of the two buses I bought that day the Release is dated. The lien papers show the actual date I bought the bus, but the back of the original title has a false date of nine months later, typed in, proving that this document was never given to me, and has been in possession of Associates, Citicapital and GE until it was given to me in December of 2011. GE's lawyers (I have provided you the names) are still holding a second set of title papers for the other bus I bought on the date of the Release. They have tried to trick both Judge Block and you by hiding these papers, so you could not learn the truth. Do you really think Judge Block would have ruled against me, if he had known that the lawyers were hiding key evidence? Now, you should see that that was a Fraud upon the Court because the new papers show lawyer involvement. We can now go back to unravel Judge Block's decision, because of the fraud on the court and the fraud upon me in not giving me what I was supposed to get in exchange for the Release.

5) The second point I want to make is that because I was not represented by an attorney, I was not allowed to file papers electronically, the way lawyers can, so there is always a delay of two or three days before you see my papers. In this case, you did not see my correspondence to you related to the deposition I took of John Passananti on

Tuesday, September 2nd, Mr. Newsman's false statement to you that he represented Mr. Passananti, and Mr. Newman's attempt after that deposition was taken, to convince Mr. Passananti to change his testimony. I wrote to you before you filed your decision, but you never saw my papers, which directly challenged the accuracy of some of Mr. Newman's statements. I was denied due process and equal protection because of this.   I am attaching

**Exhibit 1**, the Clerk's letter dated September 11, 2014, returning my papers,

**Exhibit 2**, my letter to you dated September 7, 2014 along with the attached deposition transcript and deposition exhibits (returned by the Clerk)

**Exhibit 3** my letter to you dated September 8, 2014, and the attached letter dated September 8, 2014 from John Passananti accompanied by his emails with Adam Newman which where returned to me by the Clerk)

**Exhibit 4** the FedEx receipt showing that my package (Exhibits  2 and 3) were delivered to the Court on September 9, 2014 at 11:03a.m., signed by C. Talbot.

6) Even though these letters were dated before your September 9th decision, you never got to see them.

7) This is particularly important because you read my letter of  September 2, (document #37), and Mr. Newman's  letters of  September 4 ( document #36) , September 8 (document #38) and September 9 (document #39) in response, but you never got to see my letters of September 7 and 8 correcting Mr. Newman's false statements in his letters.

8) The Deposition and exhibits show, from "the inside" that CT's principals intentionally defrauded me even <u>before</u> I bought the two buses on November 18, 1999. They also show the possible collusion with the attorneys for Associates, Citicapital, or GECC, because Mr. Passananti testified that he personally saw, on Bert Askwith's desk,

the papers I received from GE in December of 2011, including the Oklahoma lien papers! I should have the chance to take depositions about this, to figure out if there was correspondence going back and forth between CT or it's attorney and GE or it's attorneys. These papers you have now received have a special bar code on them, which will probably show the date they were received in GE's title vault, and other important information. I should be entitled to get this information, rather than having my case dismissed. Big corporations are always given the benefit of the doubt, and small people like me are always presumed to be wrong. Why ?

What was I supposed to do when I received that missing title in December of 2011 ? Put my tail between my legs and be afraid of Patricia Kenner and GE. The defendant are the ones asking for your help in protecting them from Al Manti, asking for a pre-dismissal and not answer any questions regarding this mountain of evidence. Our judicial system is for everyone, not just the very rich and powerful. Larry Shute and Patricia Kenner should be in jail.

9) It would be unfair if I never get a chance to get the facts out, and I believe it is because you have missed the big point. I have never received what I was supposed to get in exchange for the Release. If you realize that the Release is no good, then all the points you have raised to dismiss my case are not relevant.

10) In reading your decision, I believe you drew some improper conclusions, which I would like to factually correct.

I was never "stalking" CT lines. I followed them transporting the bus across the George Washington bridge at the suggestion of Peter Schenck, head of the Criminal Division of the U.S. Attorney's Office in Philadelphia. You may contact him at

215-861-8570.

I never contacted CT Lines (Campus Coach), other than at their request, passed through John Passananti..

Since your decision I received three voice mail messages from Bert Askwith of CT Lines (and I clearly recognized his voice) (two of which I have saved) asking me to call him, but when I did, he denied calling me. I am not sure if he is trying to trick me into violating your Order, or what the purpose of these calls was. I have informed Mr. Newman of this by phone and e-mail.

11) In regard to the orders of protection for Larry Shute. The original order in 2009 was the result of my visiting Mr. Shute's home in South Bend, Indiana, also with the knowledge of US Attorney Peter Schenck of Philadelphia. There was no stalking, I knocked on his door and talked to his wife for a few minutes. I asked if Larry was home and then spent the next several minutes talking about her two little dogs who came to the door. It was only at the hearing for the order of protection, which I participated in and DLA Piper hired a local family court attorney that these stories of Larry's wife was in fear for her life and she called her husband around 10:30 am and told him she feared for her safety. In my cross examination, I asked his wife how many minutes does it take Larry to get to work, she said 10 to 15 minutes. I then asked her what time did Larry get home that day, she responded around 5pm. She was fearful of her safety and it took her husband 6 1/2 hours to make a 15 minute drive. Everyone in the courtroom was laughing. The second one was issued after I received the missing title and I called his attorney, they got a second order of protection issued, anything not to depose Larry Shute.

This is not only about me. This case is about title skipping, money laundering and

title laundering in a corrupt industry. GE knows the particulars of this case and allows employees to engage in this activity, there is no other reasonable explanation.

12) I am not asking for more than I am entitled to, I am just asking for fair treatment under the law. Please remember that I was the bank's <u>customer</u>. I did nothing wrong, and they have stolen my life, by spending hundreds of thousands of dollars to protect the crooks who worked for them, and by hiding documents from Judge Block and from you. Now that I have given you proof that GE and its attorneys were hiding my title papers, through 2011, that one of GE's lawyers is still holding some of my title papers, and now that John Passananti has given his testimony, I am asking you to please let this case stay open to allow depositions, where I can be represented by lawyers who do not have to be afraid of sanctions, just for helping me get to the truth. I stated this before in my papers, it would only hurt the guilty. I could take these depositions in very short order. It would cost the court nothing and by next month you would have depositions before you, like John Passananti's, that show exactly what has happened here, both Judge Block and your Court were made a mockery of.

If I am not allowed to get out the facts of this case, it would be a miscarriage of justice.

If after reading these papers you believe I made a mistake, by including Patricia Kenner and CT lines in this case, I apologize. I would only ask you to keep my case alive against GE and dismiss the other defendants. I can't believe the court does not have jurisdiction to review your own decision in my 2006 case. You told me then that I needed to show you that lawyers were involved, I have done that now, they are still hiding one of my titles. After reading this affidavit I think you will understand since I did not get what I

was supposed to receive in exchange for the release then the release should not prevent me from opening up Judge Block's decision. I am not really the person you have painted me to be, it appears you think I'm some type of obsessed individual. Nothing could be further from the truth, I just refuse to be bullied no matter how big the other guy is, and I will continue this fight for as long as I'm able too. This situation with the repossessed vehicles and title skipping is happening as we speak around the country affecting hundreds, probably thousands of people, who just quit. I didn't.

Justice demands you keep this case alive and get the facts out in court.

Sworn to under penalty of perjury

*[signature]*
Alfred J. Manti

*[signature]*

Cc: Sarah O'Connell, Fulbright & Jaworski
Adam Newman, Law Firm of Adam Newman

EDWARD MORREALE
Notary Public, State of New York
No. 01MO6062694
Qualified in Richmond County
Commission Expires 8/13/__