LAW OFFICE OF ADAM T. NEWMAN, P.C.
Attorney for Defendants C.T. Lines d/b/a Campus
Coach and Patricia Kenner
2005 Merrick Road, Suite 305
917.658.4200
Adam T. Newman (AN-3999)

-------------------------------------------------------------------------X
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X   Electronically Filed
MANTI'S TRANSPORTATION and ALFRED J. MANTI

                                     Plaintiffs,

   -against-

Patricia Kenner; CT Lines d/b/a Campus Coach;
General Electric Capital Corporation and Citicapital

                                   Defendants.
-------------------------------------------------------------------------X

Index No.: 13 CV 6546 (SJF)
              (WDW)

AFFIDAVIT

STATE OF NEW YORK    )
                                )ss:
COUNTY OF NASSAU    )

       ADAM T. NEWMAN, being duly sworn, deposes and says:

1. I am the principle of the Law Office of Adam T. Newman, P.C., attorney for defendants C.T. Lines, Inc. d/b/a Campus Coach ("C.T. Lines") and Patricia Kenner. I make this affidavit in opposition to plaintiffs' motion for reconsideration and in further support of the application for costs and fees as Ordered by this Court.

2. It had not been my intention to waste additional time and resources by submission of opposition to plaintiffs' purported motion for reconsideration insofar as

plaintiffs have not offered any grounds upon which to reconsider the Court's decision awarding Patricia Kenner and C.T. Lines summary judgment or imposing sanctions.

3. In lieu of legal grounds, Mr. Manti has opted by opposition emailed on Friday, October 17, 2014, to instead repeat and expand on false allegations of misconduct as grounds for reconsideration and opposition of costs. In the absence of any legitimate basis for reconsideration, it is respectfully requested that Mr. Manti's purported motion be denied in its entirety.

4. With respect to costs and fees, other than false allegations of purported "lying," Mr. Manti does not contest the quantum of costs and fees required to defend this action against his frivolous and sanctionable claims. It is accordingly requested that all fees and costs submitted with the bill of costs should therefore be awarded.

Dated: October 20, 2014
Merrick, New York

_____
ADAM T. NEWMAN

Sworn to me this 20th day
of October, 2014

_____
NOTARY PUBLIC

ERIC P. STEHN
NOTARY PUBLIC, State of New York
No. 02ST6187851
Qualified in Nassau County
Commission Expires June 2, 20__
July 17, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2014, the foregoing Affidavit was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

_____
ADAM T. NEWMAN (ATN-3999)

Law Office of Adam T. Newman, P.C.
2005 Merrick Road, Suite 305
Merrick, New York 11566


Alfred J. Manti
34 Hastings Street
Staten Island, New York 10305

Sarah O'Connell, Esq.
Fulbright & Jaworski, LLP
Attorneys for defendants General Electric and Citicapital
666 Fifth Avenue
New York, New York 10103